UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-80039-CR-ZLOCH

UNITED STATES OF AMERICA,

v.

THOMAS FORD,

    Defendant.
_____/

**SENTENCING MEMORANDUM**

COMES NOW, THOMAS FORD, by and through his undersigned attorney, and moves this Honorable Court to accept the joint sentencing recommendation of the parties and impose a sentence of 101 months. Mr. Ford is scheduled to be sentenced on Thursday, July 10, 2012, at 9:30 a.m.

As currently computed by the Probation Office, the advisory Sentencing Guideline range is 210 to 240 months.  Presentence Investigation Report ("PSI") at ¶137.  Mr. Ford has filed an objection to the Presentence Report because it fails to include a three-point reduction for acceptance of responsibility. DE 110. The Government concurs in Mr. Ford's objection.  DE 114.  If the Court finds that Mr. Ford should receive credit for acceptance of responsibility, the advisory Sentencing Guideline range will be 151-188 months. PSI at ¶148.  The Government has also filed a motion pursuant to 5K1.1 of the Sentencing Guidelines to reduce Mr. Ford's sentence based on his substantial assistance to the Government. DE 114.  Based on discussions with Government counsel, undersigned counsel anticipates that the Government will recommend a 1/3 reduction from the low end of the advisory Sentencing Guideline range, or a sentence of 101 months.

{3865457:}

Applying the required factors under Title 18 U.S.C. Section 3553, in particular the requirement that the sentence reflect Mr. Ford's relative culpability in comparison to others who committed similar offenses, a sentence of 101 months is a reasonable sentence. Mr. Ford was recruited to work in and later manage a boiler room selling timeshares. These boiler rooms were part of a much larger fraud scheme that was originated by Jennifer Kirk. Kirk was prosecuted in the Southern District of Illinois. She was originally sentenced on January 11, 2012 to 188 months. *See* Case Number 11-CR-30093-GPM (SD IL). Kirk's sentence was subsequently reduced to 120 months based on a Rule 35 Motion.

Michael Franzenberg set up International Resort Solutions, LLC ("IRS"), which later recruited Mr. Ford. PSI at ¶¶9-13. Franzenberg was sentenced on June 2, 2012 to 126 months in case number 11-80129-CR-Marra. Eventually, Mr. Ford owned and operated an IRS "boiler room" in West Palm Beach, under Franzenburg's ultimate control and direction. PSI at ¶¶17, 26. Two other co-conspirators who played similar roles to Mr. Ford at IRS were sentenced by Judge Marra to 60 months (Joseph Grizzanti) and 72 months (Kenneth Foote). PSI at ¶8. Mr. Ford also worked in "boiler rooms" for other fraudulent timeshare companies. PSI at ¶26.

A sentence of 101 months would be a reasonable sentence that is sufficient but not greater than necessary to further the goals of federal sentencing. *See* 18 U.S.C. §3553. Mr. Ford agrees that he should receive a lengthier sentence than Grizzanti and Foote because he participated in other timeshare frauds in addition to IRS. To account for this uncharged criminal conduct, Mr. Ford has agreed to pay restitution beyond the scope of the offense of conviction. Mr. Ford submits that he is less culpable then Kirk or Franzenberg. The Court also must consider Mr. Ford's lengthy criminal history, recognizing, however, that much of that conduct

derives from Mr. Ford's drug addiction. Applying all the §3553 factors, the Court should impose a sentence of 101 months.

Mr. Ford does not have the ability to pay a fine. PSI at ¶135. Additionally, he will be ordered to pay substantial restitution. Therefore, no fine should be imposed. Mr. Ford has already paid the $100 special assessment.

Mr. Ford has a well-documented, lengthy history of substance abuse. He has never received systematic treatment for that affliction. He requests that as part of any sentence the Court require drug and alcohol abuse treatment and also recommend that he participate in the Bureau of Prisons Residential Drug Treatment Program. Mr. Ford also asks that the Court recommend he be incarcerated as close to South Florida as possible. Finally, Mr. Ford requests that the Court permit him to self-surrender within 45 days after the date of sentencing.

Respectfully submitted,

s/ Bruce E. Reinhart
McDonald Hopkins LLC
505 South Flagler Drive
Suite 300
West Palm Beach, Florida 33401

Florida Bar No. 0010762
breinhart@mcondaldhopkins.com
Telephone: (561) 472-2121
Facsimile:  (561) 472-2122

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Sentencing Memorandum was served on all counsel of record by CM/ECF and Probation Officer Kathryn Gomez by facsimile on July 10, 2012.

s/ Bruce E. Reinhart
BRUCE E. REINHART
Florida Bar No. 0010762

{3865457:}