PROB 35                                      SD/FL PACTS No. 111334
(SDFL Rev. 3/18)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.              Docket No. 9:12-cr-80039-KMW-5

THOMAS FORD

On October 26, 2018, the above named commenced supervised release for a period of three (3) years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

*U.S. Probation Officer*

## ORDER OF COURT

This Cause came before the Court to terminate supervised release, the Court has considered the motion, the responses, the record and the relevant factors, pursuant to 18 USC § 3553(a). It is ORDERED and ADJUDGED that said motion to terminate supervised release/probation is GRANTED as it is warranted by the conduct and in the interest of justice.

Dated this 30th day of April, 20 20.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

*United States District Judge*